GEOFFREY A. HANSEN
Acting Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SANDOVAL DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12 - 0008 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| vs. | |
| CARMELO SANDOVAL DURAN, | |
| Defendant. | |

Undersigned counsel stipulate as follows:

1. Sentencing is currently scheduled in this matter on April 30, 2012 at 1:30 p.m;

2. Defense counsel is finalizing declarations from family members to include with it's sentencing memorandum, including the defendant's mother. The declarations will need to be translated into Spanish prior to signing and filing. For this reason, counsel requests a two-week continuance of the sentencing date to May 14, 2012 at 1:30 p.m.;

3. Government counsel has no objection to defense counsel's request for a continuance to May 14, 2012;

4. The Probation Officer has been contacted and has no objection to a continuance of

1  the sentencing date to May 14, 2012;

2      5.    This is the first request for a continuance of sentencing on the part of any party.

4  IT IS SO STIPULATED.

6  DATED: April 27, 2012                            _____/S/_____
7                                                                ELIZABETH M. FALK
                                                              Assistant Federal Public Defender

8
9  DATED: April 27, 2012                            _____/S/_____
                                                              LOWELL POWELL
                                                               Special Assistant United States Attorney

12  **[PROPOSED] ORDER**

13  GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing in the

14  aforementioned case be continued to May 14, 2012 at 1:30 p.m.

16  IT IS SO ORDERED.

17  DATED: 4/27/12                        _____
18                                             THE HONORABLE JAMES WARE
                                           CHIEF UNITED STATES DISTRICT COURT JUDGE

Stip to Continue Sentencing, CR 12-008 JW         2